■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN G. HARLOFF, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 10, 2005. The judgment convicted defendant, upon his plea of guilty, of arson in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.